Howard D. Olinsky
OLINSKY LAW GROUP
300 S. State Street, Ste 420
Syracuse, NY 13202
Ph: 315-701-5780
Fax: 315-701-5781
Email: holinsky@windisability.com

Hal Taylor
223 Marsh Avenue
Reno, NV 89509
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

Attorneys for Plaintiff

DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8957
Facsimile: (415) 744-0134
E-Mail: Roya.Massoumi@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THERESA M. WEESNER, | ) |
| Plaintiff, | ) Case No. 2:16-cv-02018-RFB-PAL |
| v. | ) **JOINT STIPULATION AND [PROPOSED]** |
|  | ) **ORDER FOR EXTENSION OF TIME TO FILE** |
| CAROLYN W. COLVIN, | ) **DEFENDANT'S NOTICE OF VOLUNTARY** |
| Acting Commissioner of Social Security, | ) **REMAND OF THE CASE OR CROSS-** |
|  | ) **MOTION TO AFFIRM** |
| Defendant. | ) **(First Extension Request)** |

Plaintiff Theresa M. Weesner (Plaintiff) and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), stipulate, with the approval of this Court, to an extension of time to file Defendant's Notice Of Voluntary Remand Of The Case or Cross-Motion To Affirm by thirty days from the current deadline of January 6, 2017 to **February 6, 2017**, with all other dates in this Court's Order Concerning Review Of Social Security Cases extended accordingly.  This is Defendant's first request for an extension.

Good cause exists to grant Defendant's request for extension.  Defendant respectfully requests additional time to adequately review the record, assess and evaluate Plaintiff's arguments.  Good cause also exists because counsel for Defendant (Counsel) was on scheduled leave for the holidays and is also expected to be out of the office from December 30, 2016 to January 3, 2017.  Counsel needs additional time due to workload issues and current scheduling conflicts to properly respond to the issues Plaintiff raised in her Motion.

///

///

///

Defendant makes this request in good faith with no intention to unduly delay the proceedings. Plaintiff has no objection and has stipulated to the requested relief.

Respectfully submitted this 29th day of December 2016,

Date:     December 29, 2016

By:    /s/*Howard Olinsky
Howard D. Olinsky
*by email authorization on 12/27/16
Attorney for Plaintiff

Date:     December 29, 2016         DANIEL G. BOGDEN
United States Attorney
HOLLY A. VANCE
Assistant United States Attorney

By:    /s/ Roya Massoumi
ROYA MASSOUMI
Special Assistant United States Attorney

Of Counsel:
TINA L. NAICKER
Assistant Regional Counsel
Attorneys for Defendant

### [PROPOSED] ORDER

For good cause appearing therein, IT IS HEREBY ORDERED that the Joint Stipulation for Extension of Time to file Defendant's Notice Of Voluntary Remand Of The Case or Cross-Motion To Affirm is GRANTED. Defendant shall file its response to Plaintiff's Motion on or before **February 6, 2017**. All other deadlines shall be extended accordingly.

**IT IS SO ORDERED.**

Dated: December 30, 2016

_____
THE HONORABLE PEGGY A. LEEN
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I, ROYA MASSOUMI, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S NOTICE OF VOLUNTARY REMAND OF THE CASE OR CROSS-MOTION TO AFFIRM** on the date and via the method of service identified below:

**CM/ECF:**

Howard D. Olinsky
Olinsky Law Group
300 S. State Street
Ste 420
Syracuse, NY 13202
315-701-5780
Fax: 315-701-5781
Email: holinsky@windisability.com


Hal Taylor
223 Marsh Avenue
Reno, NV 89509
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com


Respectfully submitted this 29th day of December 2016,


                                     */s/ Roya Massoumi*
                                     ROYA MASSOUMI
                                     Special Assistant United States Attorney


                                     OF COUNSEL:
                                     TINA L. NAICKER
                                     Assistant Regional Counsel, Region IX