1 | Howard D. Olinsky
OLINSKY LAW GROUP
2 | 300 S. State Street, Ste 420
Syracuse, NY 13202
3 | Ph: 315-701-5780
Fax: 315-701-5781
4 | Email: holinsky@windisability.com

5 | Attorneys for Plaintiff

6 | NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
7 | District of Nevada
TINA NAICKER, CSBN 252766
8 | Special Assistant United States Attorney
160 Spear Street, Suite 800
9 | San Francisco, California 94105
Telephone: (415) 268-5611
10 | Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

11 | Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THERESA M. WEESNER, | ) |
| | ) Case No. 2:16-cv-02018-RFB-PAL |
| Plaintiff, | ) |
| | ) **JOINT STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER FOR EXTENSION OF TIME TO** |
| | ) **MODIFY BRIEFING SCHEDULE AND** |
| NANCY A. BERRYHILL, | ) **EXTEND DEFENDANT'S TIME TO RESPOND** |
| Acting Commissioner of Social Security, | ) **TO PLAINTIFF'S MOTION FOR** |
| | ) **ATTORNEYS FEES PURSUANT TO THE** |
| Defendant. | ) **EQUAL ACCESS TO JUSTICE ACT (EAJA).** |

**(First Extension Request)**

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Attorneys Fees Under Equal Justice Access Act (EAJA)(Dkt No. 26) be extended from March 11, 2019 to May 11, 2019. Good cause exists to grant Defendant's request for extension. Counsel for Defendant (Counsel) apologizes for the belated request for extension, but seeks an extension of time as Counsel was out of the office on intermittent sick leave for over two and half weeks in early March with the flu/pneumonia and did not accurately

- 1 -

calendar Defendant's response to Plaintiff's Motion for Attorneys Fees Under EAJA, which was due at the same time.  Good cause also exists, as Counsel has over 80+ active social security matters that require two or more dispositive motions per week until mid-May.  Due to Counsel's workload and unexpected leave, Counsel needs additional time to properly respond to Plaintiff's Motion and/or engage in settlement negotiations to settle the matter without further motion practice.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 11, 2019      s/ *Howard Olinsky
(*as authorized by email on April 11, 2019)
HOWARD OLINSKY
Attorney for Plaintiff

Dated: April 11, 2019      NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By      /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

DATED: April 19, 2019

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the
**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO MODIFY BRIEFING SCHEDULE AND EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA).**

on the date and via the method of service identified below:

**CM/ECF:**

Howard D. Olinsky
Olinsky Law Group
300 S. State Street
Ste 420
Syracuse, NY 13202
315-701-5780
Fax: 315-701-5781
Email: holinsky@windisability.com

Hal Taylor
223 Marsh Avenue
Reno, NV 89509
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

Respectfully submitted this 11th day of April 2019,

                                        */s/ Tina L. Naicker*
                                        TINA L. NAICKER
                                        Special Assistant United States Attorney

                                        Attorney for Defendant