Hal Taylor, Esq.
Local Counsel
NV Bar No.: 4399
223 Marsh Ave.
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Howard D. Olinsky, Esq.
Admitted Pro Hac Vice
Olinsky Law Group
One Park Place
300 South State Street
Suite 420
Syracuse, NY 13202
NY State Bar #: 2044865
Telephone: (315) 701-5780
Facsimile: (315) 701-5781
Email: fedct@windisability.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THERESA M. WEESNER, | ) |
|                 Plaintiff, | ) Case No.: 2:16-CV-02018-RFB-PAL |
| vs. | ) **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d); [PROPOSED] ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
|                 Defendant. | ) |

Stipulation; [Proposed] Order
3:16-cv-00587-HDK-WGC

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Theresa M. Weesner (Plaintiff) be awarded attorney fees and expenses in the amount of Five Thousand One Hundred Twenty-Five Dollars ($5,125.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel at the following address;

Olinsky Law Group

300 S State St Ste 420

Syracuse, NY 13202.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including Olinsky Law Group may have relating to EAJA attorney fees in connection with this action.

///

///

Stipulation; [Proposed] Order
3:16-cv-00587-HDK-WGC

///

This award is without prejudice to the rights of counsel and/or Olinsky Law Group to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated:   May 1, 2019				OLINSKY LAW GROUP

By:	*/s/* Howard D. Olinsky
	Howard D. Olinsky
	Attorneys for Plaintiff


By:	/s/ Hal Taylor
	Hal Taylor
	Attorneys for Plaintiff


Dated: 5/1/2019				Nicholas A. Trutanich
						Acting United States Attorney

By:	*/s/Tina Naicker, Esq.*
	Tina Naicker, Esq.
	Special Assistant United States Attorney
	Attorneys for Defendant

Stipulation; [Proposed] Order
3:16-cv-00587-HDK-WGC

3

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

In light of the Court granting the parties' [29] Stipulation, IT IS FURTHER ORDERED that Plaintiff's [26] Motion for Attorney Fees Pursuant to Equal Acces to Justice Act is DENIED as moot.

Dated: May 2, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Howard D. Olinsky, am a citizen of the United States and am at least eighteen years of age. My business address is 300 South State Street, Suite 420, Syracuse, NY 13202. I am not a party to the above-entitled action. On the date set forth below, I caused the following individual(s) to be served with **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d); [PROPOSED] ORDER** on the date and via the method of service identified below:

**CM/ECF:**

Nicholas A. Trutanich
Acting United States Attorney
District of Nevada

Tina Naicker, Esq.
Special Assistant United States Attorney
District of Nevada

Tina.Naicker@ssa.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 1, 2019 in Syracuse, New York.

                                             /s/ *Howard D. Olinsky*
                                             HOWARD D. OLINSKY, ESQ.
                                             Olinsky Law Group
                                             Attorney for Plaintiff