# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

THERESA M. WEESNER,

                Plaintiff,

    v.

NANCY A. BERRYHILL

                Defendant.

JUDGMENT IN A CIVIL CASE FOR ATTORNEY FEES

Case Number:  2:16-CV-02018-RFB-PAL

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff Theresa M. Weesner (Plaintiff) be awarded attorney fees and expenses in the amount of Five Thousand One Hundred Twenty-Five Dollars ($5,125.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

| 5/3/19 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |